THE UNITED STATES OF AMERICA for the Use and Benefit of HIRAM SNYDER et al., Respondents, *v.* THOMAS STRATFORD et al., Appellants.

*U. S. for use of Snyder* v. *Hazzard*, 53 App. Div. 410, appeal dismissed.
(Submitted January 7, 1901; decided January 15, 1901.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 30, 1900, affirming a judgment in favor of plaintiffs entered upon a verdict, and an order denying a motion for a new trial.

The motion was made upon the grounds that the Appellate Division has unanimously decided that the verdict is supported by the evidence; that permission to appeal has not been obtained from said Appellate Division, nor a certificate that questions of law are involved which ought to be reviewed by the Court of Appeals, and, therefore, this court has no jurisdiction to hear the appeal.

*Howard A. Sperry* for motion.

*H. C. M. Ingraham* opposed.

Motion granted and appeal dismissed, with costs.